FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DENA K.,<br><br>               Plaintiff,<br><br>   v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>               Defendant. | No.   2:19-CV-00421-SMJ<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND** |

      Before the Court, without oral argument, is the parties Stipulated Motion for Remand, ECF No. 11. Pursuant to sentence four of 42 U.S.C. § 405 (g), the parties are seeking to reverse and remand the Commissioner's decision finding Plaintiff not disabled. After reviewing the record and relevant authority, the Court is fully informed.

      Accordingly, **IT IS HEREBY ORDERED**:

    **1.**    The parties Stipulated Motion for Remand, ECF No. 11 is **GRANTED**.

    **2.**    Under sentence four of 42 U.S.C. § 405 (g), the Commissioner of Social Security's decision finding Plaintiff not disabled is **REVERSED** and **REMANDED** to the Commissioner for further administrative proceedings.

3. On remand, the Appeals Counsel shall instruct the Administrative Law Judge to (1) issue a new decision as to Plaintiff's application for benefits under the Social Security Act; (2) update the record and provide the opportunity for a new hearing; (3) re-evaluate medical opinions, particularly the opinions provided by Dr. Quinn and Counselor Brown; (4) reconsider Plaintiff's residual functional capacity; and (5) as necessary, re-evaluate steps four and five with the assistance of a vocational expert.

4. Plaintiff will be entitled to reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412 (d), upon a timely and proper application to this Court.

5. The Court shall enter final judgment accordingly.

6. The case shall be **CLOSED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 1st day of June 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND – 2