AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Dena K.,

*Plaintiff*

v.

Andrew M Saul,
Commissioner of Social Security

*Defendant*

)
)
)
)
)

Civil Action No. 2:19-cv-00421-SMJ

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2020

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The parties Stipulated Motion for Remand, ECF No. 11 is GRANTED.
Under sentence four of 42 U.S.C. § 405 (g), the Commissioner of Social Security's decision finding Plaintiff not disabled is REVERSED and REMANDED to the Commissioner for further administrative proceedings.
Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  SALVADOR MENDOZA, JR.

Date: 06/01/2020

CLERK OF COURT

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates